# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3609SD

_____

Richard D. Carlson,                                    *
                                                       *
                 Appellant,                            *
                                                       *
      v.                                               *
                                                       *   Appeal from the United States
Victoria Caldwell, in her individual                   *   District Court for the District
capacity as Investigator for the U.S.                  *   of South Dakota.
Department of Housing and Urban                        *
Development; Sharon L. Santoya, in her                 *      [UNPUBLISHED]
individual capacity as Chief of the U.S.               *
Department of Housing and Urban                        *
Development Fair Housing Enforcement                   *
Branch,                                                *
                                                       *
                 Appellees.                            *

_____

Submitted: March 11, 1999
Filed: March 18, 1999

_____

Before FAGG and WOLLMAN, Circuit Judges, and WEBBER,* District Judge.

_____

PER CURIAM.

_____

*The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, sitting by designation.

Richard D. Carlson appeals the district court's adverse grant of summary judgment rejecting Carlson's lawsuit brought under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  Having reviewed the record in the context of Carlson's contentions, we see no error by the district court and conclude that an extended discussion is unnecessary.  We believe the district court is correct and we affirm on the basis of the district court's well reasoned memorandum opinion and order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.